STATE OF NEW JERSEY v. DAVID BYNUM.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ALLAN WARTSKI.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BRIAN HAMILTON.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. SAVERIO DEBONIS, ET AL.

March 8, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CLAUDE WALKER.

March 8, 1989.

Petition for certification denied.